

**Brian M. Arrigo**
Mayor

# The City of REVERE, MASSACHUSETTS

POLICE DEPARTMENT
James Guido • Chief of Police
400 Revere Beach Parkway, Revere, MA 02151
(781) 286-8326 Fax: (781) 286-8328

**EXHIBIT 1**

## RECORDS DEPARTMENT FAX COVER SHEET

DATE: 1·14·19

TO: Mr. Rudolph Meola

DEPARTMENT: _____

PHONE NUMBER: _____

FAX NUMBER: 518-713-2032

FROM: Lori

DEPARTMENT: Revere Police Dept.

PHONE NUMBER: _____

FAX NUMBER: _____

NUMBER OF PAGES (INCLUDING COVER SHEET) 2

COMMENTS: Re: Shanasia Hackworth - I'm sorry this is all I can give you. We cannot give out arrest reports.

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE.

IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DESSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THIS AGENCY IMMEDIATELY BY TELEPHONE 781-286-8331. THANK YOU

Metro North Regional Emergency Communications Center                         Page:    1
Call Number      Printed: 01/14/2019

For Date: 12/30/2016  -  Friday

| Call Number | Time | Call Reason | Action | Priority |
|---|---|---|---|---|
| 16-43688 | 1909 | Initiated - LARCENY /FORGERY/ FRAUD | REPORT TO FOLLOW | 2 |

```
    Primary Id:            Police Officer Joseph Singer
    Vicinity of:           [REV] 7 BAY RD @ 560 REVERE ST
                           Lat: +042.418721 Lon: -070.989650
    Initiated By:          353 - Police Officer Sasha M Arana
    Party Entered By:      12/30/2016 1935 Dispatcher Ronald Baldassari
    Modified By:           12/30/2016 1950 Dispatcher Ronald Baldassari
    Involved Party:        LAZARE, TRAVIS @ ***UNKNOWN***
                           Race: U  Sex: M
    Party Entered By:      12/30/2016 1948 Dispatcher Ronald Baldassari
    Modified By:           12/30/2016 1949 Dispatcher Ronald Baldassari
    Involved Party:        MAISONNEUVE, DANIEL @ 625 E 86TH ST - BROOKLYNN, NY 11236
                           Race: U  Sex: M
    Party Entered By:      12/30/2016 2125 Police Officer Joseph Singer
    Involved Party:        GUTIERREZ, ALEX @ 41 OREILLY WAY Apt. #439 - CHARLESTOWN, MA 02129
    Party Entered By:      12/30/2016 2128 Police Officer Joseph Singer
    Involved Party:        AO, CONNIE @ 100 WHITMAN ST - MALDEN, MA 02148-6339
                           Race: A  Sex: F
    Vehicle Entered By:    12/30/2016 1929 Dispatcher Ronald Baldassari
    Modified By:           12/30/2016 1949 Dispatcher Ronald Baldassari
    Vehicle:               BLK 2016 HOND 4D CIVIC  Reg: PC NY HMU1212  VIN: 19XFC2F51GE250543
    Towed:                 For: ARREST By: MARIOS TOWING To: REVERE POLICE DEPARTMENT
    Owner:                 HACKWORTH, SHANASIA @ 164-30 109 DR - JAMAICA, NY 11433
                           Sex: F
    Insurance Co:          GEICO INDEMNITY COMPANY
    Policy No:
    Narrative:             12/30/2016 1950
           AREESTS MADE...MV TOWED TO REVERE POLICE DEPARTMENT FOR
           INVESTIGATION.

    Narrative:             12/30/2016 2140
           " MV CAN BE RELEASED TO OWNER ONLY FROM MARIO'S TOWING PER
           OIC "

    Refer To Arrest:       16REV-43688-A-AR
        Arrest:            LAZARE, TRAVIS T
        Address:           1098 BARBEY ST Apt. #2   BROOKLYN, NY
        Age:               26
        Charges:           IDENTITY FRAUD
                           CREDIT CARD FRAUD UNDER $250
                           FAILURE TO STOP FOR A POLICE OFFICER WHILE OP. MV
                           STOP/YIELD, FAIL TO
                           STOP/YIELD, FAIL TO
                           STOP/YIELD, FAIL TO
                           MOTOR VEH BY-LAW VIOLATION
    Refer To Arrest:       16REV-43688-AR
        Arrest:            MAISONNEUVE, DANIEL
        Address:           625 E 86TH ST   BROOKLYN, NY
        Age:               28
        Charges:           CREDIT CARD, RECEIVE IMPROPER
                           IDENTITY FRAUD
                           LARCENY OVER $250
```

State of New York DEPARTMENT OF MOTOR VEHICLES, Empire State Plaza, Albany, New York 12228

**ABSTRACT OF TITLE RECORD**

Document #: TCRL0001
PRINT DATE: 01/16/2018 TIME: 08:33:23 OPERATOR: CRL OFFICE: DAB

VIN#: 19XFC2F51GE250543
16 HONDA BLACK 4DSD WGT: 002697
ODOMETER: 000008 ACTUAL
FUEL: GAS CYL: 04

CURRENT OWNER
HACKWORTH, SHANASIA

164-30 109 DR
PLATE: HMU1212 TYPE: PASSENGER JAMAICA NY 11433
BATCH DATE: 11/17/16

ORIG DOC ISSUED: 11/28/16 LAST DOC ISSUED: 11/28/16
****************************** LIENS ******************************
AMERICAN;HONDA DATE LIEN PROCESSED: 11/08/16
FINANCE;CORP
PO BOX 997515 SACRAMENTO CA 95899

*** END OF RECORD ***

This is to certify that this document is a true and complete copy of an electronic record on file in the New York State Department of Motor Vehicles, Albany, New York. The record was made in regular course of New York State Department of Motor Vehicles daily business. It is the business of the New York State Department of Motor Vehicles to create and maintain the records of drivers in the state of New York. Entries in this document are made at the time the recorded transactions or events took place or within a reasonable time thereafter. The person who reports the information is under a business duty to do so accurately.

ABS-3 (07/16)

EXECUTIVE DEPUTY COMMISSIONER OF MOTOR VEHICLES